UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURO RAMOS-RUESGA,<br><br>Defendant. | 2:92-CR-00278-FVS-1<br><br>Order Granting Motion to Dismiss Indictment and Quash Warrant |

The United States of America's Motion for an Order to Dismiss the Indictment and Quash the Warrant (ECF No. 67) in the above referenced matter is **GRANTED.**

IT IS HEREBY ORDERED: The Indictment is **dismissed** and the Warrant is **quashed**. The District Court Executive shall enter this order, provide copies to counsel, and close this file.

DATED: November 13, 2014

                                    s/ Fred Van Sickle
                                    _____
                                    Fred Van Sickle
                                    Senior United States District Court Judge

Order Granting Motion to Dismiss Indictment and Quash Warrant - 1